IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Steadman, Lionell

Printed: 11/18/08

Case Number: 04 B 33950
Judge: Hollis, Pamela S
Filed: 9/14/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 6, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,618.82 | |
| Secured: | | 11,498.89 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,362.40 |
| Trustee Fee: | | 757.53 |
| Other Funds: | | 0.00 |
| Totals: | 14,618.82 | 14,618.82 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,362.40 | 2,362.40 |
| 2. | Wells Fargo Fin Acceptance | Secured | 11,957.10 | 11,498.89 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 74.67 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Unsecured | 949.04 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 96.83 | 0.00 |
| 6. | SBC | Unsecured | | No Claim Filed |
| 7. | American Collection Corp | Unsecured | | No Claim Filed |
| 8. | TCF Bank | Unsecured | | No Claim Filed |
| 9. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 10. | Sprint | Unsecured | | No Claim Filed |
| 11. | Inovision | Unsecured | | No Claim Filed |
| | | | $ 15,440.04 | $ 13,861.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 137.26 |
| 4% | 38.98 |
| 3% | 34.12 |
| 5.5% | 169.73 |
| 5% | 56.84 |
| 4.8% | 101.35 |
| 5.4% | 219.25 |
| | $ 757.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Steadman, Lionell

Printed: 11/18/08

Case Number: 04 B 33950

Judge: Hollis, Pamela S

Filed: 9/14/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

